UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN ISENSEE,<br><br>         Plaintiff,<br><br>    v.<br><br>MARTIN SHKRELI, et al.,<br><br>         Defendants. | Case No. 15-cv-06331-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward J. Davila for consideration of whether the case is related to 15-5841 EJD *Li v. KaloBios Pharmaceuticals, Inc. et al.*

**IT IS SO ORDERED.**

Dated: February 16, 2016

WILLIAM H. ORRICK
United States District Judge