1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8    IN RE                                          Case No.  5:15-cv-05841-EJD

9    KALOBIOS PHARMACEUTICALS, INC.,      **ORDER CONTINUING CASE**
     SECURITIES LITIGATION                **MANAGEMENT CONFERENCE**
10

11

12

13          Having reviewed Plaintiff's Case Management Conference Statement (Dkt. No. 39), and in

14   light of the recently-filed consolidation order, the court orders as follows:

15          1.      The Case Management Conference scheduled for April 28, 2016, in Isensee v.

16   KaloBios Pharmaceuticals, Inc., Case No. 5:15-cv-06331-EJD, is VACATED.

17          2.      The Case Management Conference in the above-entitled action is CONTINUED

18   from April 28, 2016, to **9:00 a.m. June 2, 2016.**  The parties shall file an updated Joint Case

19   Management Conference Statement on or before **May 26, 2016.**

20

21          **IT IS SO ORDERED.**

22   Dated:  April 28, 2016

23          _____
            EDWARD J. DAVILA
24          United States District Judge

25

26

27

28
                                                   1
     Case No.: 5:15-cv-05841-EJD
     ORDER CONTINUING CASE MANAGEMENT CONFERENCE

United States District Court
Northern District of California